1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11      HAROUT HANDIAN,                          Case No.   1:22-cv-01269-EPG

12                  Plaintiff,

13          v.                                   ORDER GRANTING REQUEST TO
                                                 CONTINUE SCHEDULING CONFERENCE
14      MARK SHEPARD, *et al.*,                  AND RELATED DEADLINES

15                  Defendants.                  (ECF No. 9)

16

17

18
             This matter is before the Court on Plaintiff's request to continue the scheduling
19
        conference and related deadlines. (ECF No. 9). As grounds, Plaintiff states that the Defendants
20
        have recently been served and continuation of the January 31, 2023 scheduling conference by
21
        approximately eight weeks will allow time for the Defendants to respond to the complaint and
22
        participate in the joint scheduling report.
23      \\\

24      \\\

25      \\\

26      \\\

27      \\\

28      \\\

                                                   1

1    Upon review, IT IS ORDERED as follows:

2    1.  Plaintiff's request (ECF No. 9) is granted.

3    2.  The scheduling conference currently set for January 31, 2023, is continued to March 28,

4        2023, at 10:30 a.m. (ECF No. 3).

5    3.  A Joint Scheduling Report, carefully prepared and executed by all parties, shall be

6        electronically filed in CM/ECF, one (1) full week prior to the scheduling conference. At

7        least twenty (20) days prior to the scheduling conference, all parties shall conduct a

8        conference at a mutually agreed upon time and place.

9    IT IS SO ORDERED.

10

11   Dated:    **January 18, 2023**              /s/ _Erica P. Grosjean_
                                                 UNITED STATES MAGISTRATE JUDGE

2