1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   HAROUT HANDIAN,                        Case No.   1:22-cv-01269-EPG

12              Plaintiff,

13        v.                                ORDER APPROVING STIPULATION FOR
                                            EXTENSION OF TIME TO RESPOND TO
14   MARK SHEPARD, *et al.*,                THE COMPLAINT

15              Defendants.                 (ECF No. 13)

16

17

18
           On January 26, 2023, Plaintiff and Defendant Mark Scott Shepard filed a stipulated
19
     extension under Local Rule 144(a) for Defendant to have until February 8, 2023, to respond to
20
     Plaintiff's complaint. (ECF No. 12). Local Rule 144(a) provides as follows:
21
              Unless the filing date has been set by order of the Court, an initial stipulation
22            extending time for no more than twenty-eight (28) days to respond to a complaint,
              cross-claim or counterclaim, or to respond to interrogatories, requests for
23            admissions, or requests for production of documents may be filed without approval
              of the Court if the stipulation is signed on behalf of all parties who have appeared
24            in the action and are affected by the stipulation. All other extensions of time must
              be approved by the Court. No open extensions of time by stipulation of the parties
25            will be recognized.

26   LR 144(a).

27         Because this was the parties' initial stipulated extension, it was permissible under Local

28   Rule 144(a) without the Court's approval.

                                              1

On February 8, 2023, Plaintiff and Defendant Mark Scott Shepard filed a second stipulated extension under Local Rule 144(a) for Defendant to have until March 1, 2023, to respond to Plaintiff's complaint. (ECF No. 13). However, because this is the parties' second extension, the stipulation is not effective without Court approval. Upon review, the Court approves the extension request.

Accordingly, pursuant to the parties' stipulation (ECF No. 13) IT IS ORDERED as follows:

1.  Defendant Mark Scott Shepard shall have until March 1, 2023, to respond to Plaintiff's complaint.

2.  Should the parties stipulate to another extension of this deadline, they shall submit a proposed order for the Court's review and approval in compliance with Local Rule 137.

IT IS SO ORDERED.

Dated:   **February 9, 2023**                   /s/ _Erica P. Grosjean_

UNITED STATES MAGISTRATE JUDGE