UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT HANDIAN,<br><br>    Plaintiff,<br><br>v.<br><br>MARK SCOTT SHEPARD., et al.,<br><br>    Defendants. | Case No. 1:22-cv-01269-ADA-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUSAN WARD TARNER ONLY<br><br>(ECF Nos. 25, 26) |

On April 18, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice as to Defendant Susan Ward Tarner only.[1] (ECF Nos. 25, 26). Defendant Susan Ward Tarner has not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case against Defendant Susan Ward Tarner has ended and is dismissed without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate Defendant Susan Ward Tarner as a defendant on the docket. And in light of the dismissal, the May 3, 2023 deadline to move for a default judgment against Defendant Susan Ward Tarner is vacated. (ECF No. 24).

IT IS SO ORDERED.

Dated: **April 19, 2023**         /s/ Erica P. Grosjean
                                                         UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff filed two materially similar notices on the same day, but changing the caption and proof of service section on the latter filing.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28