1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HAROUT HANDIAN,

Plaintiff,

v.

MARK SCOTT SHEPARD,

Defendant.

Case No. 1:22-cv-01269-NODJ-EPG

ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE

(ECF No. 36).

On February 13, 2024, the parties filed a joint stipulation dismissing this action with prejudice and with each party to bear their own attorney fees and costs. (ECF No. 36). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is respectfully directed to assign a District Judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:  **February 14, 2024**

/s/ _Erica P. Grosjean_
UNITED STATES MAGISTRATE JUDGE

1